# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:10CR36** |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **JUMANA N. BAKHIT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Jumana N. Bakhit (Bakhit) for a reconsideration of the court's denial of Bakhit's motion to amend the conditions of her release as it relates to travel to the West Bank in Israel (Filing No. 22).  After reviewing the Pretrial Services report, the charges against Bakhit, and Bakhit's motion for reconsideration, the motion for reconsideration (Filing No. 22) is denied.

**IT IS SO ORDERED.**

DATED this 30th day of June, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge